**DISMISSED and Opinion Filed November 8, 2022**



**In the**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-22-00772-CV**

**ROSALIO LOPEZ AND IRMA VILLERAL, Appellants**

**V.**

**CASSANDRA DENISE MORE, Appellee**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-00607**

## MEMORANDUM OPINION

Before Justice Molberg, Justice Partida-Kipness, and Justice Carlyle.
Opinion by Justice Carlyle

Before the Court is appellants' November 2, 2022 motion to dismiss the appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

220722f.p05

/Cory L. Carlyle//
CORY CARLYLE
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ROSALIO LOPEZ AND IRMA VILLARREAL, Appellants

No. 05-22-00772-CV     V.

CASSANDRA DENISE MOORE, Appellee

On Appeal from the 44th Judicial District Court, Dallas County, Texas Trial Court Cause No. DC-20-00607. Opinion delivered by Justice Carlyle. Justices Molberg and Partida-Kipness participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee CASSANDRA DENISE MOORE recover her costs of this appeal from appellants ROSALIO LOPEZ AND IRMA VILLARREAL.

Judgment entered this 8th day of November, 2022.